IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NIKKI A. STOUDEMIRE,        )
                            )
        Plaintiff,          )
                            )      CIVIL ACTION NO.
        v.                  )      2:13cv117-MHT
                            )           (WO)
DEPARTMENT OF VETERANS      )
AFFAIRS, and SECRETARY      )
OF VETERANS AFFAIRS         )
ERIC K. SHINSEKI,           )
                            )
        Defendants.         )
```

JUDGMENT

Pursuant to plaintiff's "Answer to Document #33" (doc. no. 35), in which plaintiff indicates that she no longer wishes to pursue this action at this time, it is ORDERED, ADJUDGED, and DECREED that this case is dismissed in its entirety without prejudice, with costs taxed as paid.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of March, 2015.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE